# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
2015 DEC 17 P 4: 23
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

---

UNITED STATES OF AMERICA,

V.

CR 15 0592 VC

AHMADREZA AMIRI

DEFENDANT(S).

---

## INDICTMENT

VIOLATIONS:
18 U.S.C. § 1341—Mail Fraud
18 U.S.C. § 1029(a)(2)—Fraud with Access Devices
18 U.S.C. § 1028A—Aggravated Identity Theft
18 U.S.C. § 1028(a)(3)—Possession of Five or More Unauthorized Identification Documents
18 U.S.C. § 1029(a)(3)— Possession of 15 or More Unauthorized Access Devices

---

A true bill.

_____ Foreman

Filed in open court this 17th day of December, 2015

_____ Clerk

Bail, $ no bail arrest warrant

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

18 U.S.C. § 1341—Mail Fraud
18 U.S.C. § 1029(a)(2)—Fraud with Access Devices
18 U.S.C. § 1028A—Aggravated Identity Theft
18 U.S.C. § 1028(a)(3)—Possession of Five or More Unauthorized Identification Documents
18 U.S.C. § 1029(a)(3)—Possession of 15 or More Unauthorized Access Devices

PENALTY:   (SEE ATTACHMENT)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───
▶ AHMADREZA AMIRI

DISTRICT COURT NUMBER
CR 15 0592 VC

FILED
DEC 17 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶_____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction   } ☐ Federal  ☒ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☒ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year 07/09/2015
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)
Special Agent Brad Delseni, United States Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   MARISSA P. HARRIS

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____     Before Judge: _____

Comments:

## ATTACHMENT TO PENALTY SHEET

## U.S.
## v.
## AHMADREZA AMIRI

**Count One:** 18 U.S.C. § 1341—Mail Fraud

<u>Penalties:</u>
| | |
|---|---|
| Maximum Prison Sentence: | 20 years |
| Maximum Fine: | $250,000 |
| Maximum Supervised Release: | 3 years |
| Special Assessment: | $100 |
| Forfeiture | |
| Restitution | |

**Counts Two and Three:** 18 U.S.C. § 1029(a)(2)—Fraud with Access Devices

<u>Penalties:</u>
| | |
|---|---|
| Maximum Prison sentence: | 10 years |
| Maximum Fine: | $250,000 |
| Maximum Supervised Release: | 3 years |
| Special Assessment: | $100 (per count) |
| Forfeiture | |
| Restitution | |

**Counts Four through Seven:** 18 U.S.C. § 1028A—Aggravated Identity Theft

<u>Penalties:</u>
| | |
|---|---|
| Maximum Prison Sentence: | 20 years (10 years for Counts Five, Six, and Seven) |
| Minimum Prison Sentence: | 2 years |
| Maximum Fine: | $250,000 |
| Maximum Supervised Release: | 3 years |
| Special Assessment: | $100 (per count) |
| Restitution | |

**Count Eight:** 18 U.S.C. § 1028(a)(3)—Possession of Five or More Unauthorized Identification Documents

<u>Penalties:</u>
| | |
|---|---|
| Maximum prison sentence: | 5 years |
| Maximum Fine: | $250,000 |
| Maximum Supervised Release: | 3 years |
| Special Assessment: | $100 |
| Forfeiture | |
| Restitution | |

**Count Nine:** 18 U.S.C. § 1029(a)(3)— Possession of 15 or More Unauthorized Access Devices

Penalties:
Maximum Prison sentence:         10 years
Maximum Fine:                    $250,000
Maximum Supervised Release:      3 years
Special Assessment:              $100
Forfeiture
Restitution

BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

FILED
2015 DEC 17 P 4: 23
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VC

CR 15 0592

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AHMADREZA AMIRI<br><br>　　　　Defendant. | NO.<br><br>VIOLATIONS: 18 U.S.C. § 1341 – Mail Fraud; 18 U.S.C.§ 1029(a)(2) – Fraud with Access Devices; 18 U.S.C. § 1028A – Aggravated Identity Theft; 18 U.S.C. § 1028(a)(3) – Possession of Unauthorized Identification Documents; 18 U.S.C. 1029(a)(3) – Possession of Unauthorized Access Devices; 18 U.S.C. §§ 981, 982, 1028, and 1029 – Criminal Forfeiture.<br><br>SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

At all times relevant to this indictment, with all dates given being both approximate and inclusive:

1.　The United States Postal Service (USPS) is a department of the United States government. Among many other services, the USPS offers Express Mail service for customers desiring faster delivery of U.S. mail parcels.

2.　Social Security Cards are issued by the United States Social Security Administration to all United States citizens and permanent residents. Social Security cards may only be lawfully issued by the United States Social Security Administration and lawfully used by the individual named on the card.

INDICTMENT



3.  United States Passports are issued by the United States Department of State to U.S. citizens and other qualifying applicants. U.S. passports may only be lawfully issued by the U.S. Department of State and lawfully used by the individual named and depicted on passport.

COUNT ONE:     (18 U.S.C. § 1341 – Mail Fraud)

4.  Paragraphs 1 through 3 are re-alleged and incorporated as if fully set forth herein.

5.  Beginning in approximately December 2013 and continuing through approximately February 2014, in the Northern District of California and elsewhere, the defendant,

AHMADREZA AMIRI,

with the intent to defraud, devised a scheme and artifice to defraud and obtain money and property by materially false and fraudulent pretenses, representations, and promises.

The Scheme and Artifice to Defraud

6.  Beginning no later than October 2013 and continuing through at least July 2015, the defendant, Ahmadreza Amiri, and others known and unknown to the Grand Jury, unlawfully obtained credit cards, debit cards, Social Security cards, state driver's licenses, at least one U.S. passport, and other means of identification belonging to several victims, including J.C., A.T., I.H., D.M., and R.M.

7.  Using these unlawfully obtained identifications and access devices, the defendant took control of the victims' retail accounts, credit accounts, and bank accounts by changing the contact information associated with those accounts to addresses, telephone numbers, and email accounts under the defendant's control.

8.  Once the defendant took control of the victims' access devices and accounts, he used the access devices and accounts to obtain merchandise and cash. The defendant also used the victims' accounts and information to apply for and arrange the delivery of additional credit cards and access devices, using the stolen identification information to corroborate these transactions.

9.  On or about January 31, 2014 through February 1, 2014, within the Northern District of California and elsewhere, for the purpose of executing or attempting to execute the above-described scheme and artifice to defraud, the defendant knowingly caused to be delivered by USPS Express Mail, sent from Chesapeake, Virginia to San Francisco, California, the following matter: a Capital One Visa card ending in 0633, issued in the name of victim J.C., expiration date 07/16.

INDICTMENT

2

1   All in violation of Title 18, United States Code, Section 1341.

2   COUNT TWO:          (18 U.S.C. §§ 1029(a)(2) and (c)(1)(A)(I) – Use of Unauthorized Access Devices)

3   10.     Beginning at a time unknown to the Grand Jury, but no later than October 2013 and continuing through approximately February 24, 2014, in the Northern District of California, the defendant,

AHMADREZA AMIRI.

knowingly and with intent to defraud, used one or more unauthorized access devices belonging to victims J.C. and A.T., and by such conduct obtained products and things, including but not limited to clothing, jewelry, and cash with an aggregate value of $1,000 or more, said use affecting interstate and foreign commerce, in that the items and money were obtained from retail companies and banks doing business in interstate commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(2) and (c)(1)(A)(i).

COUNT THREE:     (18 U.S.C. §§ 1029(a)(2) and (c)(1)(A)(I) – Use of Unauthorized Access Devices)

11.     Beginning at a time unknown to the Grand Jury, but no later than October 2014 and continuing through approximately July 9, 2015, in the Northern District of California, the defendant,

AHMADREZA AMIRI.

knowingly and with intent to defraud, used one or more unauthorized access devices belonging to victims R.M., I.H., and D.M., and by such conduct obtained products and things, including but not limited to a rental car from Alamo Rent a Car in San Francisco, California and other retail merchandise with an aggregate value of $1,000 or more, said use affecting interstate and foreign commerce, in that the items and were obtained from companies doing business in interstate commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(2) and (c)(1)(A)(i).

COUNTS FOUR AND FIVE:          (18 U.S.C. § 1028A – Aggravated Identity Theft)

12.     Beginning at a time unknown to the Grand Jury, but no later than October 2013 and continuing through approximately February 2014, in the Northern District of California, the defendant,

AHMADREZA AMIRI,

during and in relation to felony violations alleged in Counts One and Two above, did knowingly possess

INDICTMENT

3

and use, without lawful authority, a means of identification of another person, specifically the name, date of birth, social security number, and access devices belonging to the following individuals:

| Count | Name | During and in relation to |
|---|---|---|
| Count Four | J.C. | Count One Count Two |
| Count Five | A.T. | Count Two |

All in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNTS SIX AND SEVEN:   (18 U.S.C. § 1028A – Aggravated Identity Theft)

13. Beginning at a time unknown to the Grand Jury, but no later than October 2014 and continuing through approximately July 9, 2015, in the Northern District of California, the defendant,

AHMADREZA AMIRI,

during and in relation to felony violations alleged in Count Three above, did knowingly possess and use, without lawful authority, a means of identification of another person, specifically the name, date of birth, social security number, and access devices belonging to the following individuals:

| Count | Name | During and in relation to |
|---|---|---|
| Count Six | R.M. | Count Three |
| Count Seven | I.H. | Count Three |

All in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT EIGHT:   (18 U.S.C. §§ 1028(a)(3) and (b)(2)(A) – Possession With Intent to Use Five or More Documents or Authentication Features)

14. Paragraphs 1 through 3 are re-alleged and incorporated as if fully set forth herein.

15. On or about February 24, 2014, in the Northern District of California, the defendant,

AHMADREZA AMIRI,

did knowingly possess with intent to use unlawfully and transfer unlawfully five or more identification documents not issued lawfully for the use of the defendant, specifically, Social Security cards and a U.S. passport, that were and appear to have been issued by and under the authority of the United States.

INDICTMENT                                        4

1     All in violation of Title 18, United States Code, Sections 1028(a)(3) and (b)(2)(A).

2 <u>COUNT NINE</u>:     (18 U.S.C. §§ 1029(a)(3) and (c)(1)(a)(i) – Possession of Fifteen or More Unauthorized Access Devices)

4     16. On or about February 24, 2014, in the Northern District of California, the defendant,

5                       AHMADREZA AMIRI,

6 knowingly and with intent to defraud, did possess fifteen or more unauthorized access devices, as defined in 18 U.S.C. § 1029 (e)(1) and (e)(3), said possession affecting interstate and foreign commerce, in that such devices were credit and debit cards issued in interstate commerce.

9     All in violation of Title 18, United States Code, Sections 1029(a)(3) and (c)(1)(a)(i).

10 <u>FORFEITURE ALLEGATION</u>:   (18 U.S.C. §§ 981, 982, 1028, and 1029 – Criminal Forfeiture)

11     Upon a conviction of any of the offenses alleged in Count One above, the defendant,

12                       AHMADREZA AMIRI,

13 shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of said violations, including but not limited to the following:

16     (a)     Money Judgment: a sum of money equal to the total gross proceeds obtained as a result of the offenses.

18     Upon a conviction of any of the offenses alleged in Counts Two, Three, Eight, and Nine above, the defendant,

20                       AHMADREZA AMIRI,

21 shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1028(b)(5), 1029(c)(1)(C), any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of said violations, any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense of which the person is convicted, and any property, real or personal, that is used to facilitate, or is intended to be used to facilitate, the commission of the offense, including but not limited to the following:

27     (a)     Money Judgment: a sum of money equal to the total gross proceeds obtained as a result of the offenses.

INDICTMENT                       5

If any of said property, as a result of any act or omission of the defendants:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

any and all interest defendant has in any other property, up to the value of the property described above, shall be forfeited to the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b) and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED:

12-17-15

A TRUE BILL.

_____
FOREPERSON

BRIAN J. STRETCH
Acting United States Attorney

_____
JEFFREY NEDROW
Chief, San Jose Branch

(Approved as to form: _____ )
AUSA MARISSA HARRIS

INDICTMENT

6