UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AHMADREZA AMIRI,<br><br>　　　　　Defendant. | Case No.  15-cr-00592-VC-1<br><br>**ORDER FURNISHING TRANSCRIPT** |

The court reporter is directed to prepare the transcript of the March 20, 2018 sentencing hearing in this case on the following basis:

　　( ) 　Ordinary (within 30 days @ $3.65 per page).

　　( ) 　14-Day (within 14 days @ $4.25 per page).

　　( X ) 　Expedited (within 7 days @ $4.85 per page).

　　( ) 　Daily (overnight @ $6.05 per page).

The Clerk is directed to pay said reporter the cost of preparing the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

　　**IT IS SO ORDERED.**

Dated: March 26, 2018

_____
VINCE CHHABRIA
United States District Judge