UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>AHMADREZA AMIRI,<br><br>    Defendant. | CASE NO. 15-CR-0592 VC<br><br>[PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore, IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant AHMADREZA AMIRI before this Court on the date stated in the Writ submitted, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED:_____

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge

PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
Case No. 15-CR-0592 VC

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM
THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: DONALD O'KEEFE, United States Marshal, Northern District of California, and /or any of his authorized deputies, and the Jailor/Warden, Maguire Correctional Facility, 300 Bradford Street, Redwood City, CA 94063:

Pursuant to the foregoing petition and order, the Jailor/Warden at Maguire Correctional Facility, and/or any California Department of Corrections and Rehabilitations facility, is directed to release the body of AHMADREZA AMIRI (DOB: 06/12/1984; booking number 785548.0, SMCSO 1128014), in custody at the Maguire Correctional Facility, 300 Bradford Street, Redwood City, CA 94063, or any other institution in the California Department of Corrections and Rehabilitations' control, to the U.S. Marshal who shall produce same before the Honorable Vince Chhabria, United States Magistrate Judge, 450 Golden Gate Avenue, San Francisco, California on February 11, 2020 at 10:30 a.m., or as soon thereafter as practicable, in order that AMIRI may be sentenced in Case No. 15-CR-00592 VC.

DATED:_____

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   marissa.harris@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-CR-0592 VC |
| Plaintiff, | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| AHMADREZA AMIRI, | |
| Defendant. | |

TO:   The Honorable Thomas S. Hixson, United States Magistrate Judge of the United States District Court for the Northern District of California:

AHMADREZA AMIRI is currently in the custody of the Jailor/Warden of Maguire Correctional Facility, 300 Bradford Street, Redwood City, CA 94063.  AMIRI is awaiting sentencing before the U.S. District Court for the Northern District of California in case number 15-CR-0592 VC, currently set for February 11, 2020.  While on pretrial release, Amiri was convicted of additional felony offenses and was sentenced to a state jail term in San Mateo County in November 2019.  His current projected release date is March 21, 2020.

1 |     Assistant United States Attorney Marissa Harris respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner AHMADREZA AMIRI, whose place of custody or jail are set forth in the requested Writ, attached hereto. AMIRI is required for sentencing in the above-entitled matter in this Court, and therefore petitioner prays that this Court issue the Writ as presented.

Dated: December 27, 2019

Respectfully Submitted,

DAVID L. ANDERSON
United States Attorney

_____
MARISSA HARRIS
Assistant United States Attorney

PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
Case No. 15-CR-0592 VC