UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AHMADREZA AMIRI,<br><br>　　　　　Defendant. | Case No. 15-cr-00592-VC-1<br><br>**ORDER RE MOTION TO CONTINUE SENTENCING**<br><br>Re: Dkt. No. 86 |

　　The sentencing hearing is continued to October 20, 2020, at 1:00 p.m. At the hearing, Amiri is free to request a surrender date that would fall after completion of his program.

　　**IT IS SO ORDERED.**

Dated: September 9, 2020

_____
VINCE CHHABRIA
United States District Judge