**U.S. v. Ahmadreza Amiri, CR-15-00592 VC**
**Attachment A**
**Items for Forfeiture**

| Description | Obtained / Seized |
|---|---|
| Counterfeit FL driver's license in the name of Adrian Turnbull | Seized from Defendant during arrest on 02/24/14 |
| Photocopy of CA driver's license in name of Adrian Turnbull | Seized from Defendant during arrest on 02/24/14 |
| Photocopy of US Passport in name of Jonathon Campion | Seized from Defendant during arrest on 02/24/14 |
| Photocopy of Social Security card in name of Jonathon Campion | Seized from Defendant during arrest on 02/24/14 |
| TX driver's license in name of Autumn O'Hara | Seized from Defendant during arrest on 02/24/14 |
| CO driver's license in name of Joann Greenberg | Seized from Defendant during arrest on 02/24/14 |
| Social Security cards for Cheryl York, Mark Cherry, Autumn Ohara, and Joann Greenberg | Seized from Defendant during arrest on 02/24/14 |
| CA drivers licenses in the names of Stephanie Chen, Katherine Vincent, Autumn Ohara, and Kenneth Pearce | Seized from Defendant during arrest on 02/24/14 |
| CA identification card in the name of Mark Cherry | Seized from Defendant during arrest on 02/24/14 |
| Medicare Health Insurance Card in name of Joann Greenberg | Seized from Defendant during arrest on 02/24/14 |
| AAA TX Card in name of Autumn O'Hara | Seized from Defendant during arrest on 02/24/14 |
| Enterprise Plus Card in name of Autumn O'Hara | Seized from Defendant during arrest on 02/24/14 |
| Access Devices in name of Adrian Turnbull | Seized from Defendant during arrest on 02/24/14 |
| Access Devices in name of Jonathon Campion | Seized from Defendant during arrest on 02/24/14 |
| Access Devices in name of Gregory Wald | Seized from Defendant during arrest on 02/24/14 |
| Access Devices in name of Katherine Vincent | Seized from Defendant during arrest on 02/24/14 |
| Access Devices in name of Amanda Baikie | Seized from Defendant during arrest on 02/24/14 |
| Access Device in name of Shefali Kadakia | Seized from Defendant during arrest on 02/24/14 |
| Access Device in name of Damian Hall | Seized from Defendant during arrest on 02/24/14 |
| Access Device in name of Hung Nguyen | Seized from Defendant during arrest on 02/24/14 |
| Access Device in name of Rebekah Ashussen | Seized from Defendant during arrest on 02/24/14 |
| Access Device in name of Adam Gurley | Seized from Defendant during arrest on 02/24/14 |
| Access Device in name of Cynthia Schiffhauer | Seized from Defendant during arrest on 02/24/14 |
| Access Device in name of Brian Chung | Seized from Defendant during arrest on 02/24/14 |
| Access Device in name of Daniel Olaeta | Seized from Defendant during arrest on 02/24/14 |
| Access Device in name of Stephanie Chen | Seized from Defendant during arrest on 02/24/14 |

| | |
|---|---|
| Access Device in name of Joann Greenberg | Seized from Defendant during arrest on 02/24/14 |
| Access Device in name of Amadi Radcliffe | Seized from Defendant during arrest on 02/24/14 |
| Access Device in name of Teresa Rice | Seized from Defendant during arrest on 02/24/14 |
| CVS Extracare Card # 476-3888-1476-75 | Seized from Defendant during arrest on 02/24/14 |
| Thumbdrive labeled "Joseph Delgado" | Seized from Defendant during arrest on 02/24/14 |
| Lexar 8GB Thumbdrive | Seized from Defendant during arrest on 02/24/14 |
| Sandisk Cruzer Glide 32GB Thumbdrive | Seized from Defendant during arrest on 02/24/14 |
| DataStick Pro 1GB Thumbdrive | Seized from Defendant during arrest on 02/24/14 |
| Thumbdrive labeled "Tecnis 1 Aspheric IOL" | Seized from Defendant during arrest on 02/24/14 |
| Thumbdrive labeled "DT101 G2" | Seized from Defendant during arrest on 02/24/14 |
| Sandisk Cruzer 8GB Thumbdrive | Seized from Defendant during arrest on 02/24/14 |
| Device Adapter | Seized from Defendant during arrest on 02/24/14 |
| Bluetooth Device | Seized from Defendant during arrest on 02/24/14 |
| Alcatel Model 768 Cellphone | Seized from Defendant during arrest on 02/24/14 |
| Apple 5S Cellphone | Seized from Defendant during arrest on 02/24/14 |
| Square Card Reader | Seized from Defendant during arrest on 02/24/14 |
| Square Card Reader | Seized from Defendant during arrest on 02/24/14 |
| Manila folder with various documents containing victim PII | Seized from Defendant during arrest on 02/24/14 |
| Various documents containing victim PII | Seized from Defendant during arrest on 02/24/14 |
| Avenues Leather Notebook containing victim PII | Seized from Defendant during arrest on 02/24/14 |
| Arizona Republic / Phoenix Gazette Leather Notebook containing victim PII | Seized from Defendant during arrest on 02/24/14 |
| Brooks Brothers Jacket, Size Med, Color Blue | Seized from Defendant during arrest on 02/24/14 |
| Brooks Brothers Pearl and Co Boots, Size 10, Color Brown | Seized from Defendant during arrest on 02/24/14 |
| Brooks Brothers Roller Luggage, Color Brown | Seized from Defendant during arrest on 02/24/14 |
| Prada Toiletry Bag, Color Blue | Seized from Defendant during arrest on 02/24/14 |
| Swarovski "Dust" Bag, Color Blue | Seized from Defendant during arrest on 02/24/14 |
| Leather Wallet, Color Black | Seized from Defendant during arrest on 02/24/14 |
| Louis Vuitton Wallet | Seized from Defendant during arrest on 02/24/14 |
| Gegrge Wallet, Color Black | Seized from Defendant during arrest on 02/24/14 |
| Calvin Klein Wallet, Color Blue | Seized from Defendant during arrest on 02/24/14 |
| J Crew Wallet, Color Black/Brown | Seized from Defendant during arrest on 02/24/14 |
| Identification Lanyard with 3 Keys, Color Brown | Seized from Defendant during arrest on 02/24/14 |
| Various Keys | Seized from Defendant during arrest on 02/24/14 |

| | |
|---|---|
| Air Gun - .177 Caliber, Color Black, Model WC401 / 15XT | Seized from Defendant during arrest on 02/24/14 |
| Notebook containing victim PII | Seized from Defendant during arrest on 07/09/15 |
| Wallet containing victim PII | Seized from Defendant during arrest on 07/09/15 |
| FL driver's licenses in name of Russell Hanneken | Seized from Defendant during arrest on 07/09/15 |
| Counterfeit CO driver's license in name of Scott Coleman | Seized from Defendant during arrest on 07/09/15 |
| Counterfeit CA driver's licenses in the names of Samuel Haynes and Rodney Metcalf | Seized from Defendant during arrest on 07/09/15 |
| Counterfeit NY driver's license in the name of Rodney Metcalf | Seized from Defendant during arrest on 07/09/15 |
| Social Security card in the name of Askary Garcia | Seized from Defendant during arrest on 07/09/15 |
| Acess devices in the name of Rodney Metcalf | Seized from Defendant during arrest on 07/09/15 |
| Access devices in the name of Isaac Haynes | Seized from Defendant during arrest on 07/09/15 |
| Access devices in the name of Scott Coleman | Seized from Defendant during arrest on 07/09/15 |
| Access device in the name of Michelle Jasper | Seized from Defendant during arrest on 07/09/15 |
| Access device in the name of Harvey Rivero | Seized from Defendant during arrest on 07/09/15 |
| Access device in the name of Douglas Matteo | Seized from Defendant during arrest on 07/09/15 |
| Car Key | Seized from Defendant during arrest on 07/09/15 |
| Apple Iphone Cellphone | Seized from Defendant during arrest on 07/09/15 |
| Large Apple Folder containing victim PII | Seized from Defendant during arrest on 07/09/15 |
| Medium Apple Folder containing victim PII | Seized from Defendant during arrest on 07/09/15 |
| AC Tech Gear Folder containing victim PII | Seized from Defendant during arrest on 07/09/15 |
| Oliver's Bag containing victim PII | Seized from Defendant during arrest on 07/09/15 |
| Louis Vuitton Box containing victim PII | Seized from Defendant during arrest on 07/09/15 |
| London Fog Bag containing victim PII | Seized from Defendant during arrest on 07/09/15 |
| BMW Bag containing victim PII | Seized from Defendant during arrest on 07/09/15 |
| Computer Bag containing victim PII | Seized from Defendant during arrest on 07/09/15 |
| Orange Bag containing victim PII | Seized from Defendant during arrest on 07/09/15 |
| McKlein Brown Bag containing victim PII | Seized from Defendant during arrest on 07/09/15 |
| Kenneth Cole Bag containing victim PII | Seized from Defendant during arrest on 07/09/15 |
| Soft Case containing Keys | Seized from Defendant during arrest on 07/09/15 |
| Kohls Credit Card Approval Letter | Seized from Defendant during arrest on 07/09/15 |
| Green Folder containing victim PII | Seized from Defendant during arrest on 07/09/15 |
| Cylindrical Glass Pipe | Seized from Defendant during arrest on 07/09/15 |