UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMADREZA AMIRI,<br><br>Defendant. | Case No. 15-cr-00592-VC-1<br><br>**ORDER RE RESTITUTION** |

The Court finds that the government has not met its burden to show by a preponderance of the evidence that Amiri owes restitution for the two medical charges in Los Angeles totaling $2,894.59. As Amiri agrees, the government has met its burden to prove restitution for the remainder of the claims. Amiri is thus ordered to pay $70,319.14 in restitution.

**IT IS SO ORDERED.**

Dated: November 10, 2020

VINCE CHHABRIA
United States District Judge