UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

AHMADREZA AMIRI,

Defendant.

Case No.  15-cr-00592-VC-1

**ORDER RE MOTION FOR COMPASSIONATE RELEASE**

Re: Dkt. No. 122

The motion for compassionate release is denied. The Court cannot order the defendant released or transferred based on his vulnerability to addiction and/or his need for treatment. To the extent the defendant is also seeking compassionate release for reasons related to covid, that request is also denied.

**IT IS SO ORDERED.**

Dated: January 23, 2023

_____

VINCE CHHABRIA
United States District Judge